**Jimmy G. GILCHRIST, Sr.,
Petitioner–Appellant,**

v.

**Calvin ANTHONY, Warden, Lee Correctional Institution; Charles M. Condon, Attorney General of the State of South Carolina, Respondents–Appellees.**

No. 01–6245.

United States Court of Appeals,
Fourth Circuit.

Submitted April 6, 2001.

Decided April 26, 2001.

Jimmy G. Gilchrist, Sr., pro se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jimmy G. Gilchrist, Sr., appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Gilchrist v. Anthony,* No CA–00–1811–6 (D.S.C. filed Jan. 25, 2001; entered Jan. 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*